IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAVID KRAUSE, | ) |
|     Plaintiff/Counter-Defendant, | ) |
| v. | ) Case No. 3:23-cv-00266 |
| | ) Judge Aleta A. Trauger |
| NELBERT KRAUSE and PLATINUM PROGRAMMING AND DIAGNOSTICS, LLC, | ) |
|     Defendants/Counter-Plaintiffs, | ) |
|     and | ) |
| PLATINUM PROGRAMMING AND DIAGNOSTICS, LLC, | ) |
|     Third-Party Plaintiff, | ) |
| v. | ) |
| ZERO POINT CALIBRATIONS, LLC, | ) |
|     Third-Party Defendant. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum, the Motion for Partial Summary Judgment (Doc. No. 40) filed by defendant/counter-plaintiff Nelbert Krause and defendant/counter-plaintiff/third-party plaintiff Platinum Programming and Diagnostics, LLC is **DENIED**.

This dispute needs to be resolved. It is hereby **ORDERED** that the trial, scheduled for December 17, 2024, and the pretrial conference, scheduled for December 13, 2024, are continued so that the parties may attempt to mediate their dispute. By November 15, 2024, they shall file a

joint mediation report that informs the court of the date on which they have scheduled a mediation and the name of the mediator.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge