# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

## MEDIATION REPORT

**Case No.:** 3:23-cv-266    **Case Name:** Platinum Programming v. Zero Point Calibrations, et al.

**Mediator Name:** John R. Tarpley

**Mediator Phone:** 615-259-1366    **E-mail:** jtarpley@lewisthomason.com

**Date(s) of Mediation:** January 13, 2025 (Case settled on January 23, 2025)

**Check All That Apply:**

- [✔] All required parties participated in the mediation.
- [✔] The parties resolved all issues. A notice, stipulation, or proposed order of dismissal will be filed with the court by Chase Fann, Esq.
- [ ] The parties resolved some, but not all issues. Please describe resolved and unresolved issues:
- [ ] The parties agreed to continue the mediation. Date(s):
- [ ] The parties reached an impasse.

**Comments:**

### Reporting Instructions

A. Mediators must file this report within two (2) business days following the mediation. L.R. 16.05(b). A mediation which continues over multiple consecutive days is considered one mediation for reporting purposes. File a separate Report when the mediation is recessed for five (5) business days or more.

B. Mediators must treat all information revealed in mediation as confidential, except for (i) information that is required to be reported by statute, regulation, or rule, or (ii) information the parties agree may be disclosed.

C. Please file this form electronically in CM/ECF using the "Report of Mediation" event (located under "ADR Documents"). Alternatively, please email the Report to the following address: OperationsManager@tnmd.uscourts.gov.

Respectfully submitted,

**LEWIS THOMASON, P.C.**

By: */s/ John R. Tarpley*
    John R. Tarpley, BPR # 9661
    424 Church Street, Suite 2500
    P.O. Box 198615
    Nashville, TN 37219
    (615) 259-1366

    *Mediator*

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing Notice of Removal was filed electronically. Notice of this filing will be served on the following counsel of record via the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served via regular U.S. mail and/or email.

Stephen J. Zralek, Esq.
Spencer Fane Bone McAllester
511 Union Street, Suite 1000
Nashville, TN 37219

Joe Weyant, Esq,
1317 16th Avenue South
P.O. Box 120656
Nashville, TN 37212

Chase Fann, Esq.
Spencer Fane, LLP
511 Union Street, Suite 1000
Nashville, TN 37219

This the 24th day of January, 2025.

    /s/ *John R. Tarpley*
    John R. Tarpley